RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Clarence Meekins

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CLARENCE MEEKINS,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00343-DJA<br><br>ORDER **TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Clarence Meekins, that the Preliminary Hearing currently scheduled on May 17, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense and government counsel have a conflict with the scheduled hearing date.

2. The government needs additional time to produce relevant discovery to defense counsel.

3. Defense counsel needs additional time to review the discovery, conduct additional investigation, and confer with the defendant about how he would like to proceed.

4. If a resolution is not made, the additional time will allow the government sufficient time to seek an indictment.

5. Defendant is not incarcerated and does not object to a continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 10th day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Keisha K. Matthews<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | /s/ Allison Reese<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLARENCE MEEKINS,<br><br>　　　　Defendant. | Case No. 2:22-mj-00343-DJA<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 17, 2022 at the hour of 4:00 p.m., be vacated and continued to August 22, 2022, at 4:00 p.m., Courtroom 3A.

　　DATED this 10th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS